```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/1/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

            Plaintiff,

-against-

HALF ISLAND FLAVORS LLC d/b/a SESHNYC,

           Defendant.

24 Civ. 5764 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On August 8, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by September 30, 2024. ECF No. 6. Those submissions are now overdue. In addition, Plaintiff has not filed proof of service, and Defendant has not appeared in this action.

    Accordingly, by **October 30, 2024**, the parties shall submit their joint letter and proposed case management plan. Plaintiff is advised that failure to comply with the Court's orders may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: October 1, 2024
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge